LOTHAIR H. SZERLIP, Appellant, *v.* CROWN ENTERPRISES, INC., et al., Respondents, and MOSS INDUSTRIES, INC., et al., Appellants.

Argued April 9, 1951; decided May 17, 1951.

*Charles J. Buchner, Sidney Szerlip* and *Roy Carstairs* for appellants.

*Harold S. Lynton* and *James E. Finegan, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.